United States District Court
Southern District of Texas
**ENTERED**
April 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEISA RAMOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-02156 |
| | § | |
| SELECT PORTFOLIO SERVICING, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER
## ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court are The Bank of New York Mellon F/K/A The Bank of New York as Trustees on Behalf of CWABS, Inc. Asset-Backed Certificates Series 2004-1's and Select Portfolio Servicing, Inc.'s (collectively, "Defendants") Motion for Summary Judgment and Brief in Support (Doc. 6) and the Magistrate Judge's Memorandum and Recommendation (Doc. 14), recommending that Defendants' Motion be granted. No objections were filed to the Memorandum and Recommendation and the time period for doing so has expired.

When no timely objection to a magistrate judge's memorandum and recommendation is filed by any party, the district court need only satisfy itself that there is no clear error on the face of the record to accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2008).

After carefully reviewing the record and applicable law, the Court concurs with the Magistrate Judge, who has correctly cited and applied the law to the facts here that are supported by the undisputed documentary evidence.

Accordingly, the Court hereby

ADOPTS the Magistrate Judge's Memorandum and Recommendation (Doc. 14) as its own and

ORDERS that Defendants' Motion for Summary Judgment (Doc. 6) be GRANTED.

SIGNED at Houston, Texas, this 31st day of March, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE